· HAROLD COHEN, Appellant, v. CARL D. LINDSTROM, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. LOUIS HALLE, in Behalf of JEREMIAH J. SULLIVAN, Appellant, against HARRY T. ASHWORTH, as Warden of the Penitentiary of the City of New York, Respondent.— Order unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

NEW YORK TRUST COMPANY, as Trustee under a Certain Indenture Made by Textile Properties, Inc., Respondent, v. TEXTILE PROPERTIES, INC., et al., Respondents. WILLIAM J. FARTHING et al., Appellants; JONATHAN HOLDEEN et al., Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Townley, Glennon, Untermyer and ᐨohn, JJ.

In the Matter of CLEMENT JAVETE, Respondent, against BOARD OF SUPERINTENDENTS OF THE BOARD OF EDUCATION OF THE CITY OF NEW YORK et al., Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ. [See post, p. 848, 858.]

In the Matter of LEO S. SACHAROFF, Respondent, against MICHAEL J. MURPHY, as Acting Industrial Commissioner of the State of New York, et al., Appellants.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ. [182 Misc. 235.]

In the Matter of EMANUEL SCHIFFMAN, Respondent, against MICHAEL J. MURPHY, as Acting Industrial Commissioner of the State of New York, et al., Appellants.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

MORTIMER F. HARMAN, Respondent, v. MERCHANTS BANK OF NEW YORK, Appellant, et al., Defendants.— Order, so far as appealed from, unanimously reversed, with twenty dollars costs and disbursements, and the cross motion of the defendant, Merchants Bank of New York, for judgment on the pleadings granted, on the ground that plaintiff has an adequate remedy at law. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

SAUL PERAHIA et al., Copartners Trading Under the Names of PERAHIA BROS. CO. and GLENMODE COAT CO., Respondents, v. MILTON HOROWITZ et al., Doing Business as OXFORD COAT CO., Appellants.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The dates for the examinations to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

SAMUEL GOLDMAN, Appellant, v. LILLIAN GOLDMAN, Respondent.— Order unanimously reversed and the motion granted. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT E. DINEEN, Superintendent of Insurance of the State of New York, as Liquidator of BOND AND MORTGAGE GUARANTEE COMPANY, Intervener, Respondent, and MORRIS GINSBERG, Substituted Relator, Respondent, against WILLIAM W. MILLS et al., as Commissioners of Taxes and Assessments of the City of New York, Appellants. — Order unanimously affirmed, with twenty dollars costs and disbursements